# Court of Appeals
# of the State of Georgia

ATLANTA, March 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1206. RONALD GRADDY v. THE STATE.**

The trial court entered an order denying Ronald Graddy's motion for an out-of-time appeal on December 6, 2016. On January 30, 2017, Graddy filed a notice of appeal to this Court. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Graddy's notice of appeal is untimely, as it was filed 55 days after entry of the order denying his motion for an out-of-time appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 03/10/2017
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*